### LIFE INSURANCE & PENSION HEAD-QUARTERS AGENCY, INC., and H. Drew Owen, Appellees,

v.

### UNITED FOUNDERS LIFE INSURANCE CO., Appellant.

#### No. 54656.

Supreme Court of Oklahoma.

July 28, 1981.

### ORDER

Certiorari is granted for the limited purpose of deleting from the decision the award to the appellant of twenty-five hundred dollars ($2,500) in attorney fees for this appeal. This deletion is without prejudice to presentment of this issue and the amount to the trial court. Certiorari is denied for all other purposes.

WILLIAMS, LAVENDER, SIMMS, DOOLIN and HARGRAVE, JJ., concurring.

IRWIN, C. J., BARNES, V.C.J., and HODGES and OPALA, JJ., dissenting.